■ In the Matter of DAVID NICKELSBURG, Deceased. OTTO B. SHULHOF, JR., Appellant; DOLLY WARREN, Formerly Known as DOLLY NICKELSBURG, et al., Respondents.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before October 10, 1962, with notice of argument for the November 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ ASSOCIATION FOR THE PRESERVATION OF FREEDOM OF CHOICE, INC., et al. v. NEW YORK POST CORPORATION.— Motion to dispense with printing denied with leave to renew on an affidavit of merit and full financial disclosure. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ ROBERT DE ROSA, an Infant, v. FORDHAM UNIVERSITY et al.— Motion to dispense with printing granted only insofar as to permit the appeal to be heard on the original record, without printing the same, and upon a single type-written transcript of the minutes of the trial, and upon typewritten appellants' points, on condition that the appellants serve one copy of the typewritten appellants' points upon the attorney for respondents, and files six typewritten copies of appellants' points, together with the original record and single typewritten transcript of the minutes of the trial, with this court on or before October 10, 1962, with notice of argument for the November 1962 Term of this court, said appeal to be argued or submitted when reached. The order of this court, entered on May 1, 1962, is modified accordingly. The cross motion of respondent, Fordham University, to dismiss the appeal is denied. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ MAXWELL MOKOT v. LEE J. MOKOT.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before October 25, 1962, with notice of argument for November 7, 1962, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ RAY HAWKINS, Individually, v. THAYER LINDSLEY et al.— Motion for an extension of time denied. Concur — Breitel, J. P., Rabin, Valente, Eager and Steuer, JJ.

■ SHIRLEY FASTENBERG, Also Known as SHIRLEY F. SILFEN v. BERNICE F. SIMON, Also Known as BERNICE FASTENBERG.— Motion to dismiss appeal granted on consent. Concur — Breitel, J. P., Rabin, Valente, Eager and Steuer, JJ.

■ (A) In the Matter of JOSEPH GABRYNOWICZ, v. ABRAHAM M. BLOCH, as Chief Magistrate of the City of New York. (B) In the Matter of JOSEPH GABRYNOWICZ, v. JOHN M. MURTAGH, as Chief Justice of the Court of Special Sessions of the City of New York.— [In each action] Motion to dismiss appeal granted. Concur — Breitel, J. P., Rabin, Valente, Eager and Steuer, JJ.

■ In the Matter of DRUG RESEARCH CORPORATION et al., v. JUSTICES OF THE COURT OF SPECIAL SESSIONS [CRIMINAL COURT] OF THE CITY OF NEW YORK, COUNTY OF NEW YORK.—Motion for leave to file a brief amicus curiæ and present argument granted only insofar as to permit movant to file a brief amicus curiæ on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument. In all other respects, the motion is denied. Concur — Breitel, J. P., Rabin, Valente, Eager and Steuer, JJ.